155 So.2d 536

Thomas WILLIAMS

v.

STATE.

8 Div. 141.

Supreme Court of Alabama.

June 20, 1963.

Thomas Williams, pro se.

Richmond M. Flowers, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Thomas Williams for certiorari to the Court of Appeals in Williams v. State, 155 So.2d 536.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

155 So.2d 323

Charles W. WILLIAMS

v.

STATE.

7 Div. 619.

Supreme Court of Alabama.

July 18, 1963.

Charles W. Williams, pro se.

Richmond M. Flowers, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Charles W. Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Williams v. State, 155 So.2d 322.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.